IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE ROGERS, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | NO. 1:09cv296-A-D |
| | } | |
| LTD FINANCIAL SERVICES, LP, | } | |
| | } | |
| Defendant. | } | |

**<u>RULE 41(a)(1)(A)(ii) NOTICE OF DISMISSAL WITH PREJUDICE</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE

ELAINE ROGERS, Plaintiff, hereby dismisses this action, with prejudice and at Plaintiff's cost, pursuant to Rule 41(a)(1)(A)(ii), FED. R. CIV. P.

        Respectfully Submitted,

        DEAS & DEAS, LLC

        By:   /s/ W. Lawrence Deas
               AL Bar No. 3989-A43D  MS BAR 100227
        P.O. Box 7282
        Tupelo, MS 38802
        Telephone: (662)842-4546
        Facsimile: (662)842-5449
        LDeas@AOL.com

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system this 21st day of January, 2010.

                   s/W. Lawrence Deas